UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:                      CASE NUMBER: 19-02267-5-SWH
RANDALL ROBERTS
JANICE ROBERTS
121 RIVERVIEW DR
LELAND, NC  28451

    DEBTORS                     CHAPTER 13

---

CERTIFICATE OF SERVICE

      The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the Chapter 13 Plan in the above captioned case was this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

RANDALL ROBERTS
JANICE ROBERTS
121 RIVERVIEW DR
LELAND, NC  28451

Aspen Contracting
Attn: Managing Officer/Agent
8651 Stephens Church Rd #J-308
Wilmington, NC 28411

Joseph Bledsoe, III
Chapter 13 Trustee
**Served via CM/ECF**

[  ] and on the parties in interest at the addresses shown on the attached matrix (if box checked)

This the 23rd day of May 2019

                                                The Law Offices of Chris Vonderau, PLLC
                                                /s/ Chris Vonderau
                                                Chris T. Vonderau
                                                NC State Bar No. 25019
                                                4022 Shipyard Blvd.
                                                Phone 910-202-3110
                                                Wilmington, NC  28403
                                                Attorney for Debtors